No. 548. JOHN W. AUCHINCLOSS ET AL., PETITIONERS, *v.* CONSTANTINE & PICKERING STEAMSHIP COMPANY, OWNERS, ETC.; No. 549. JOHN W. AUCHINCLOSS ET AL., PETITIONERS, *v.* CONSTANTINE & PICKERING STEAMSHIP COMPANY, OWNERS, ETC.; and No. 550. JOHN W. AUCHINCLOSS ET AL., PETITIONERS,

*v.* W. McLean et al., Owners, etc. October 19, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. George H. Emerson* for petitioners. *Mr. J. Parker Kirlin* for respondents.